IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOANNE LAWRENCE,

    Plaintiff,

v.                                    CASE NO.: 4:09cv502-SPM/WCS

NPC INTERNATIONAL, INC.,
d/b/a PIZZA HUT,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice and with each party to bear its own fees and costs pursuant to the parties' Stipulation for Dismissal With Prejudice (doc. 13) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 30th day of March, 2010.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge